COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION FOR REHEARING
## AND REHEARING EN BANC

Case number:          01-13-00706-CV

Style:                *Stephen J. Harper, Appellant v. Spencer & Associates, P.C., Appellee*

Type of motion:       Motion for rehearing en banc

Party filing motion:  Appellant

The court, having voted against rehearing en banc, it is ordered that the motion for rehearing en banc is denied.

Judge's signature:    /s/ Jane Bland
                      Acting for the Court

Before:  Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.

Date:  October 21, 2014